HANSON BRIDGETT LLP
MICHAEL J. VAN ZANDT, Bar No. 96777
mvanzandt@hansonbridgett.com
SOPHIA B. BELLOLI, Bar No. 238403
sbelloli@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:   (415) 995-5835
Facsimile:    (415) 995-3598

Attorneys for Defendants
SUNSHINE STEEL ENTERPRISES CORPORATION
and THUY NGUYEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUNSHINE STEEL ENTERPRISES CORPORATION, a California corporation; PING-CHI MAO, an individual; ARTHUR MAO, an individual; and, THUY NGUYEN, an individual,<br><br>Defendants. | Case No.  2:12-cv-00511-JAM-EFB<br><br>**STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER THEREON**<br><br>(Local Rule 144(a)) |

1  IT IS HEREBY STIPULATED by the parties hereto, by and through their attorneys of record, that, pursuant to Local Rules of the United States District Court, Eastern District of California, Rule 144(a), Defendants Sunshine Steel Enterprises Corporation and Thuy Nguyen shall have an extension of time up to and including August 27, 2012 within which to file a responsive pleading in response to the complaint filed in the above-captioned case.  No prior extensions have been obtained by the parties in this action.

DATED:  August 16, 2012                    HANSON BRIDGETT  LLP

                                           By: /s/  Michael J. Van Zandt
                                              MICHAEL J. VAN ZANDT
                                              SOPHIA B. BELLOLI
                                              Attorneys for Defendants
                                              Sunshine Steel Enterprises Corporation,
                                              Thuy Nguyen

DATED:  August 16, 2012                    LAW OFFICES OF ANDREW L. PACKARD


                                           By:  /s/  Erik Roper
                                              (as authorized on August 16, 2012)
                                              ERIK ROPER
                                              Attorneys for Plaintiff
                                              California Sportfishing Protection Alliance


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 16th day of August , 2012        /s/ John A. Mendez_____
                                            U. S. DISTRICT COURT JUDGE