1  HANSON BRIDGETT LLP
   MICHAEL J. VAN ZANDT, Bar No. 96777
2  mvanzandt@hansonbridgett.com
   SOPHIA B. BELLOLI, Bar No. 238403
3  sbelloli@hansonbridgett.com
4  425 Market Street, 26th Floor
   San Francisco, CA 94105
5  Telephone:   (415) 995-5835
   Facsimile:   (415) 995-3598
6
7  Attorneys for Defendants
   SUNSHINE STEEL ENTERPRISES CORPORATION
8  and THUY NGUYEN

9                  **UNITED STATES DISTRICT COURT**

10                  **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, | Case No. 2:12-cv-00511-JAM-EFB |
| 14                     Plaintiff, | **STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER THEREON** |
| 15  v. | (Local Rule 144(a)) |
| 16  SUNSHINE STEEL ENTERPRISES CORPORATION, a California corporation; PING-CHI MAO, an individual; ARTHUR MAO, an individual; and, THUY NGUYEN, an individual, | |
| 20                     Defendants. | |

IT IS HEREBY STIPULATED by the parties hereto, by and through their attorneys of record, that, pursuant to Local Rules of the United States District Court, Eastern District of California, Rule 144(a), Defendants Sunshine Steel Enterprises Corporation and Thuy Nguyen shall have an extension of time up to and including August 27, 2012 within which to file a responsive pleading in response to the complaint filed in the above-captioned case.  No prior extensions have been obtained by the parties in this action.

DATED:  August 16, 2012				HANSON BRIDGETT  LLP

						By: /s/  Michael J. Van Zandt
						    MICHAEL J. VAN ZANDT
						    SOPHIA B. BELLOLI
						    Attorneys for Defendants
						    Sunshine Steel Enterprises Corporation,
						    Thuy Nguyen

DATED:  August 16, 2012				LAW OFFICES OF ANDREW L. PACKARD


						By:  /s/  Erik Roper
						     (as authorized on August 16, 2012)
						     ERIK ROPER
						     Attorneys for Plaintiff
						     California Sportfishing Protection Alliance

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 16th day of August , 2012		/s/ John A. Mendez_____  _____
						U. S. DISTRICT COURT JUDGE