ANDREW L. PACKARD (State Bar No. 168690)
ERIK ROPER (State Bar No. 259756)
EMILY J. BRAND (State Bar No. 267564)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N Ste 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: andrew@packardlawoffices.com
        erik@packardlawoffices.com
        emily@packardlawoffices.com

Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>SUNSHINE STEEL ENTERPRISES CORPORATION, a California corporation, PING-CHI MAO, an individual, ARTHUR MAO, an individual, and, THUY NGUYEN, an individual,<br><br>            Defendants. | Case No. 2:12-CV-00511-JAM-EFB<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

TO THE COURT:

Plaintiff California Sportfishing Protection Alliance ("CSPA"), and Defendant Sunshine Steel Enterprises Corporation and Defendant Thuy Nguyen ("Defendants") (collectively, the "Parties") stipulate as follows:

**WHEREAS**, on or about December 29, 2011, CSPA provided Defendants with a Notice of Violations and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

**WHEREAS**, on February 27, 2012, CSPA filed a complaint ("Complaint") against

PDF created with pdfFactory trial version www.pdffactory.com

Defendants in this Court, *California Sportfishing Protection Alliance v. Sunshine Steel Enterprises Corp.*, *et al* (USDC, E.D. Cal., Case No. 2:12-CV-00511) and the Complaint incorporated by reference all of the allegations contained in CSPA's 60-Day Notice Letter;

**WHEREAS**, CSPA and Defendants, through their authorized representatives and without either adjudication of CSPA's claims or admission by Defendants of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in CSPA's 60-Day Notice Letter and the Complaint, thereby avoiding the costs and uncertainties of further litigation. A copy of the agreement ("Consent Agreement") entered into by and between CSPA and Defendants is attached hereto as Exhibit A and incorporated by reference.

**WHEREAS**, CSPA submitted the Consent Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the agencies.

**NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between the Parties that CSPA's claims, as set forth in its 60-Day Notice Letter and the Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Parties respectfully request an order from this Court dismissing such claims with prejudice. In accordance with Clauses 16(b) and 18 of the Consent Agreement, the Parties also request that this Court retain and have jurisdiction over the Parties through September 30, 2014, for the sole purpose of resolving any disputes between the Parties with respect to enforcement of any provision of the Consent Agreement.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated:  October 16, 2012 | LAW OFFICES OF ANDREW L. PACKARD |
| 2 | | |
| 3 | | By: /s/ Erik M. Roper |
| 4 | | Erik M. Roper<br>Attorneys for Plaintiff |
| 5 | | CALIFORNIA SPORTFISHING PROTECTION ALLIANCE |
| 6 | | |
| 7 | | |
| 8 | Dated:  October 16, 2012 | HANSON BRIDGETT LLP |
| 9 | | |
| 10 | | By: /s/ Michael J. Van Zandt<br>(As authorized on October 16, 2012 – L.R. 131) |
| 11 | | Michael J. Van Zandt<br>Attorneys for Defendants |
| 12 | | SUNSHINSE STEEL ENTERPRISES CORPORATION, *et al* |

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendants Sunshine Steel Enterprises Corporation and Thuy Nguyen as set forth in CSPA's 60-Day Notice Letter and the Complaint filed in Case No. 2:12-CV-00511-JAM-EFB, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties through September 30, 2014, for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provision of the Consent Agreement attached to the Parties' Stipulation to Dismiss as Exhibit A.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

Dated:   October 16, 2012          /s/ John A. Mendez
                                   United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com