1  ANDREW L. PACKARD (State Bar No. 168690)
   ERIK ROPER (State Bar No. 259756)
2  EMILY J. BRAND (State Bar No. 267564)
   Law Offices of Andrew L. Packard
3  100 Petaluma Blvd. N Ste 301
   Petaluma, CA 94952
4  Tel: (707) 763-7227
   Fax: (707) 763-9227
5  E-mail: andrew@packardlawoffices.com
           erik@packardlawoffices.com
6          emily@packardlawoffices.com

7  Attorneys for Plaintiff CALIFORNIA
   SPORTFISHING PROTECTION ALLIANCE
8

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11

12  CALIFORNIA SPORTFISHING              Case No. 2:12-CV-00511-JAM-EFB
    PROTECTION ALLIANCE, a non profit
13  corporation,

14              Plaintiff,               **STIPULATION TO DISMISS
                                         PLAINTIFF'S CLAIMS WITH
15       vs.                             PREJUDICE;  ORDER GRANTING
                                         DISMISSAL WITH PREJUDICE [FRCP
16  SUNSHINE STEEL ENTERPRISES           41(a)(2)]**
    CORPORATION, a California corporation,
17  PING-CHI MAO, an individual, ARTHUR
    MAO, an individual, and, THUY NGUYEN,
18  an individual,

19              Defendants.

20

21  TO THE COURT:

22       Plaintiff California Sportfishing Protection Alliance ("CSPA"), and Defendant Sunshine

23  Steel Enterprises Corporation and Defendant Thuy Nguyen ("Defendants") (collectively, the

24  "Parties") stipulate as follows:

25       **WHEREAS**, on or about December 29, 2011, CSPA provided Defendants with a Notice

26  of Violations and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the Federal

27  Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

28       **WHEREAS**, on February 27, 2012, CSPA filed a complaint ("Complaint") against

STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER
CASE NO. 2:12-CV-00511-JAM-EFB
1

PDF created with pdfFactory trial version www.pdffactory.com

1  Defendants in this Court, *California Sportfishing Protection Alliance v. Sunshine Steel*

2  *Enterprises Corp., et al* (USDC, E.D. Cal., Case No. 2:12-CV-00511) and the Complaint

3  incorporated by reference all of the allegations contained in CSPA's 60-Day Notice Letter;

4       **WHEREAS**, CSPA and Defendants, through their authorized representatives and without

5  either adjudication of CSPA's claims or admission by Defendants of any alleged violation or

6  other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as

7  set forth in CSPA's 60-Day Notice Letter and the Complaint, thereby avoiding the costs and

8  uncertainties of further litigation.  A copy of the agreement ("Consent Agreement") entered into

9  by and between CSPA and Defendants is attached hereto as Exhibit A and incorporated by

10  reference.

11       **WHEREAS**, CSPA submitted the Consent Agreement via certified mail, return receipt

12  requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day

13  review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the

14  agencies.

15       **NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between

16  the Parties that CSPA's claims, as set forth in its 60-Day Notice Letter and the Complaint, be

17  dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Parties

18  respectfully request an order from this Court dismissing such claims with prejudice.  In

19  accordance with Clauses 16(b) and 18 of the Consent Agreement, the Parties also request that this

20  Court retain and have jurisdiction over the Parties through September 30, 2014, for the sole

21  purpose of resolving any disputes between the Parties with respect to enforcement of any

22  provision of the Consent Agreement.

PDF created with pdfFactory trial version www.pdffactory.com

1   Dated:  October 16, 2012                    LAW OFFICES OF ANDREW L. PACKARD

2

3                                               By: /s/ Erik M. Roper

4                                               Erik M. Roper
                                                Attorneys for Plaintiff
5                                               CALIFORNIA SPORTFISHING PROTECTION
                                                ALLIANCE

6

7

8   Dated:  October 16, 2012                    HANSON BRIDGETT LLP

9

10                                              By: /s/ Michael J. Van Zandt
                                                (As authorized on October 16, 2012 – L.R. 131)
11                                              Michael J. Van Zandt
                                                Attorneys for Defendants
12                                              SUNSHINSE STEEL ENTERPRISES
                                                CORPORATION, *et al*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER
CASE NO. 2:12-CV-00511-JAM-EFB
3

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendants Sunshine Steel Enterprises Corporation and Thuy Nguyen as set forth in CSPA's 60-Day Notice Letter and the Complaint filed in Case No. 2:12-CV-00511-JAM-EFB, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties through September 30, 2014, for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provision of the Consent Agreement attached to the Parties' Stipulation to Dismiss as Exhibit A.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

Dated:   October 16, 2012            /s/ John A. Mendez_____
                                    United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com